# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY, | Case No. 1:20-cv-00644-NONE-SKO |
| Plaintiff, | **ORDER RE: THE PARTIES' STIPULATION** |
| v. | (Doc. 7) |
| COUNTY OF KINGS, et al., | |
| Defendants. | |

**ORDER**

On May 6, 2020, Plaintiff filed this case against Defendants. (Doc. 1.) On June 19, 2020, the parties filed a stipulation providing, in part, that Defendants County of Kings, Joshua Speer, Jeff Torres, James Lewis, and Dean Morrow shall have an additional 28 days to file a responsive pleading, which makes their new deadline July 20, 2020. (Doc. 7 at 1.) Under Local Rule 144, no order of the Court is necessary to give effect to this aspect of the stipulation. *See* E.D. Cal. L.R. 144(a). Thus, pursuant to stipulation, the new deadline for Defendants County of Kings, Joshua Speer, Jeff Torres, James Lewis, and Dean Morrow to file a responsive pleading is July 20, 2020.

The parties' stipulation also requests that the Court continue the scheduling conference currently set for July 23, 2020, by at least 60 days. (Doc. 7 at 1.) For good cause shown, the Court GRANTS the parties' request and CONTINUES the scheduling conference to September 29, 2020, at 9:30 a.m. The parties SHALL file a joint scheduling report by no later than September 22, 2020.

IT IS SO ORDERED.

Dated:   **June 22, 2020**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE