David S. McLane (124952)
dmclane@kmbllaw.com
Lindsay Battles (262862)
lbattles@kmbllaw.com
**KAYE, McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena CA 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, DANIEL BROWN, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 1:20-cv-00644-NONE-SKO<br><br>Hon. Judge Dale A. Drozd<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 21)** |

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

On July 20, 2020, Defendants County of Kings, Joshua Speer, Jeff Torres, James Gregory Lewis and Dean Morrow (hereinafter collectively referred to as "County Defendants") filed a motion to dismiss pursuant to FRCP rule 12(b)(6), with a hearing date of September 9, 2020 (Dkt. 14).

On August 26, 2020, Plaintiff filed an Opposition to the County Defendants' Motion to Dismiss (Dkt. 20). Upon review of Plaintiff's Opposition, the County Defendants advised Plaintiff that they would stipulate to an amended complaint addressing concerns raised in the Motion to Dismiss (and largely tracking the proposed First Amended Complaint attached to the Declaration of David McLane in Opposition to the Motion to Dismiss). Should the Court permit the filing of the First Amended Complaint, the County of Kings Defendants will file a notice to withdraw their Motion to Dismiss.

Plaintiff's Amended Complaint is not intended to address most of the concerns raised by the Motion to Dismiss filed by Defendants Adventist Health Hanford and Georganne Greene (hereinafter collectively referred to as "Adventist Health Defendants"), which is scheduled to be heard on September 23, 2020. Plaintiff will file an opposition to the Adventist Health Defendants' Motion on September 9, 2020.

IT IS SO STIPULATED.

KAYE, McLANE, BEDNARSKI & LITT, LLP

DATED: September 1, 2020          By: */s/ David S. McLane*
                                       David S. McLane

                                  By: */s/ Lindsay Battles*
                                       Lindsay Battles

                                  *Attorneys for Plaintiff Karla Baday*

1
STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

WEAKLEY & ARENDT, PC

DATED: September 1, 2020          By: */ s / James J. Arendt*
                                  James J. Arendt
                                  Matthew P. Bunting

*Attorneys for Defendants County of Kings, Joshua Speer, Jeff Torres, James Lewis and Dean Morrow*

McCORMICH, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

DATED: September 1, 2020          By: */ s / Daniel L. Wainwright*
                                  Lawrence E. Wayte
                                  Daniel L. Wainwright

*Attorneys for Defendants Adventist Medical Center – Hanford and Georganne Greene*

## ORDER

GOOD CAUSE APPEARING, the parties' above-stipulation for leave to file a First Amended Complaint (Doc. 21) is hereby GRANTED.

Plaintiff shall file a First Amended Complaint within five (5) days from the date of this order.

IT IS SO ORDERED.

Dated:   **September 2, 2020**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE