David S. McLane (124952)
dmclane@kmbllaw.com
Lindsay Battles (262862)
lbattles@kmbllaw.com
**KAYE, McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena CA 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, DANIEL BROWN, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 1:20-cv-00644-NONE-SKO<br><br>Hon. Judge Dale A. Drozd<br><br>**STIPULATION AND ORDER REQUESTING CONTINUANCE OF THE SCHEDULING CONFERENCE CURRENTLY SET FOR SEPTEMBER 29, 2020**<br><br>**(Doc. 27)** |

The Scheduling Conference in this case is currently scheduled for September 29, 2020 before the Honorable Magistrate Judge Sheila K. Oberto.

Currently pending before the Court is Defendants Adventist Health Hanford and Georganne Greene's (hereinafter collectively referred to as "Adventist Health Defendants") Motion to Dismiss, which is scheduled for hearing on September 23, 2020. Plaintiff's opposition is due on September 9, 2020.

In light of the current procedural status of the case, the parties stipulate and request the Court continue the Scheduling Conference in this case from September 29, 2020 to October 29, 2020 to allow additional time for the Court to consider and rule on Adventist Health Defendants' Motion to Dismiss. The parties hereby agree to the following Scheduling Conference Schedule:

| Description | Current Date | Proposed New Date |
| --- | --- | --- |
| Scheduling Conference | September 29, 2020 | October 27, 2020 |
| File Joint Rule 26 Report | September 22, 2020 | October 20, 2020 |
| Initial Disclosures | September 22, 2020 | October 20, 2020 |
| Last day to conduct Rule 26 Conference | September 9, 2020 | September 29, 2020 |

IT IS SO STIPULATED.

KAYE, McLANE, BEDNARSKI & LITT, LLP

DATED: September 9, 2020         By: */s/ David S. McLane*
                                     David S. McLane

                                 By: */s/ Lindsay Battles*
                                     Lindsay Battles

*Attorneys for Plaintiff Karla Baday*

---

1

STIPULATION AND ORDER REQUESTING CONTINUANCE OF THE SCHEDULING CONFERENCE CURRENTLY SET FOR SEPTEMBER 29, 2020

|  |  |
|---|---|
|  | WEAKLEY & ARENDT, PC |
| DATED: September 9, 2020 | By: */s / James J. Arendt* <br> James J. Arendt <br> Matthew P. Bunting |
|  | *Attorneys for Defendants County of Kings, Joshua Speer, Jeff Torres, James Lewis and Dean Morrow* |
|  | McCORMICH, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| DATED: September 9, 2020 | By: */s / Daniel L. Wainwright* <br> Lawrence E. Wayte <br> Daniel L. Wainwright |
|  | *Attorneys for Defendants Adventist Medical Center – Hanford and Georganne Greene* |

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 27), and for good cause shown, the Mandatory Scheduling Conference currently set for September 29, 2020, is CONTINUED to **December 29, 2020, at 9:30 a.m.** before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than December 22, 2020.

IT IS SO ORDERED.

Dated:   **September 10, 2020**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE