David S. McLane (124952)
dmclane@kmbllaw.com
Lindsay Battles (262862)
lbattles@kmbllaw.com
**KAYE, McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena CA 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY, | Case No. 1:20-cv-00644-NONE-SKO |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT DANIEL BROWN TO FILE ANSWER TO COMPLAINT** |
| v. | |
| COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, DANIEL BROWN, AND DOES 1-10, INCLUSIVE, | **ORDER DENYING THE PARTIES' STIPULATED REQUEST** (Doc. 30) |
| Defendants. | |

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BROWN TO FILE ANSWER TO COMPLAINT

Pursuant to Local Rule 144(a), Defendant Daniel Brown ("Brown") and Plaintiff Karla Baday stipulate to extend the time for Defendant Brown to file an Answer to the Complaint in this action. This request is for an extension of time of more than 30 days. Defendant Brown has not requested nor been granted any prior extensions of time to file a responsive pleading.

Defendant Daniel Brown was personally served with the complaint in this action on June 11, 2020. The deadline for Defendant to file a responsive pleading expired on July 2, 2020.

On or about October 8, 2020, Defendant Brown, who is currently not represented by counsel, contacted counsel for Plaintiff and advised that he had been attempting to contact the malpractice group that provided coverage to him for the dates outlined in the Complaint and requested a 30 day extension of time to file an answer, through November 9, 2020. On October 9, 2020, counsel for Plaintiff responded to Defendant Brown's email advising that a stipulation and proposed order would be required and inquiring as to when Defendant Brown expected to retain counsel. Defendant Brown responded on October 15, 2020, stating that he was still in the process of trying to retain counsel and that he intended to file an Answer.

The procedural posture of the case will not be affected by allowing Defendant Brown the requested extension of time to file an Answer to the Complaint. The scheduling conference in this case is scheduled for December 29, 2020, with reports due December 22, 2020. Currently pending before the Court are Defendants Adventist Health Hanford and Georganne Greene's motion to dismiss pursuant to FRCP Rule 12(b)(6).

The parties hereby stipulate to extend the time for Defendant Brown to file an Answer to the Complaint to November 9, 2020

IT IS SO STIPULATED.

KAYE, McLANE, BEDNARSKI & LITT, LLP

DATED: October 19, 2020      By: */ s / David S. McLane*
                                  David S. McLane

                             By: */ s / Lindsay Battles*
                                  Lindsay Battles

                             *Attorneys for Plaintiff Karla Baday*

1

DATED: October 19, 2020         By: _/ s / Daniel Brown, DO_
                                                               Daniel Brown, DO
                                                               _Defendant, In Pro Per_

## ORDER

The parties' above stipulation requests an extension of time for Defendant Daniel Brown to file an answer to the Complaint in this action, with which he was served on June 11, 2020 (*see* Doc. 11). The stipulation, however, fails to mention that a First Amended Complaint ("FAC") (Doc. 23) was filed, with the Court's leave (*see* Doc. 22), on September 3, 2020.

As a general rule, an amended complaint supersedes the original complaint and renders the latter inoperative. *See Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010). It also appears that Defendant Brown was not served with the FAC, as the docket does not reflect any proof of service. (*See* Doc. 23.) Pursuant to Federal Rule of Civil Procedure 15(a)(3), a response to an amended pleading is to "be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

Accordingly, Plaintiff is HEREBY ORDERED to file on the Court's docket proof of service of the FAC upon Defendant Brown by no later than October 26, 2020. Defendant Brown's responsive pleading is to be filed within 14 days of service of the FAC. The parties' stipulated request for an extension of time is otherwise DENIED as moot.[1]

IT IS SO ORDERED.

Dated:   __October 22, 2020__                         /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that any future requests for extensions of time should be made before the expiration of the deadline. Post hoc requests will be viewed with disfavor.