# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. 1:20-cv-00644-NODJ-SKO<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 71)** |

**ORDER**

The Court has reviewed the parties' stipulation (Doc. 71) to modify the scheduling order (Doc. 68) and determined the parties' have established good cause (*see* Fed. R. Civ. P. 16(b)(4)) to the extent reflected in the modified scheduling order below. The Scheduling Order is hereby MODIFIED as follows

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery | April 29, 2024 | December 31, 2024 |
| Expert Disclosures | March 1, 2024 | January 13, 2025 |
| Rebuttal Expert Disclosures | April 1, 2024 | February 3, 2025 |
| Expert Discovery | April 29, 2024 | February 24, 2025 |
| Non-Dispositive Motions | Filing: April 30, 2024<br>Hearing: June 5, 2024 | Filing: March 31, 2025<br>Hearing: May 7, 2025 |
| Dispositive Motions | Filing: May 20, 2024<br>Hearing: July 1, 2024 | Filing: April 7, 2025<br>Hearing: May 12, 2025 |
| Pre-Trial Conference | December 2, 2024 | July 7, 2025 |
| Trial | February 2, 2025 | September 16, 2025 |

IT IS SO ORDERED.

Dated:   **January 24, 2024**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE