# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 1:20-cv-00644-KES-SKO<br><br>**ORDER RE STIPULATION TO AMEND SCHEDULING ORDER DEADLINES**<br>**(Doc. 74)** |

GOOD CAUSE APPEARING, the parties' stipulation (Doc. 74) to continue scheduling order deadlines is hereby GRANTED. The scheduling order is amended as follows:

| Event | Current Deadline | New Proposed Dates |
|---|---|---|
| Expert disclosures | January 13, 2025 | January 31, 2025 |
| Rebuttal Disclosures | February 3, 2025 | February 24, 2025 |
| Expert Discovery Cutoff | February 24, 2025 | July 7, 2025 |
| Non-Dispositive Motions | Filing: March 31, 2025<br><br>Hearing: May 7, 2025 | Filing: July 7, 2025<br><br>Hearing: August 13, 2025 |
| Dispositive Motion Filing | April 7, 2025 | August 18, 2025 |
| Dispositive Motion Oppositions | --- | September 15, 2025 |
| Dispositive Motion Replies | --- | September 29, 2025 |
| Dispositive Motion Hearing | May 12, 2025 | October 20, 2025 |
| Deadline to Request Settlement Conference | --- | January 7, 2026 |
| PTC | July 7, 2025 | February 9, 2026 |
| Trial | September 16, 2025 | April 7, 2026 |

IT IS SO ORDERED.

Dated:  **January 2, 2025**              /s/ *Sheila K. Oberto*           
                                     UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER RE STIPULATION TO AMEND SCHEDULING ORDER DEADLINES