James J. Arendt, Esq.        Bar No. 142937
Matthew P. Bunting, Esq.     Bar No. 306034

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County Of Kings, Joshua Speer, Jeff Torres, James Gregory Lewis, Dean Morrow, and Anna Samardich Tyner

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. 1:20-cv-00644-KES-SKO<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DESIGNATION OF REBUTTAL EXPERTS**<br><br>(Doc. 77) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND ORDER TO EXTEND REBUTTAL EXPERT DESIGNATION**   1

1  On January 2, 2025, this Court issued an *Order Re Stipulation to Amend Scheduling Order Deadlines* (Doc. 76). As it pertains to this stipulation and proposed order, the Court modified the deadline for designation of rebuttal expert witnesses from February 3, 2025, to February 24, 2025. *Ibid*.

It has become apparent to the parties that due to the volume of documents exchanged in discovery and number of depositions taken that three weeks is not sufficient time to retain a rebuttal expert, have that expert review the documents necessary to formulate their opinion, and prepare an expert report.

Therefore, it is hereby stipulated by and between the parties through their counsel of record that good cause exists to extend the time to designate rebuttal experts from February 24, 2025, to March 28, 2025. Extension of this deadline will not impact any other deadlines, including the expert discovery cutoff.

IT IS SO STIPULATED:

DATE: February 13, 2025        McLANE, BEDNARSKI & LITT, LLP

By: *Lindsay Battles*_____
Lindsay Battles
Attorneys for Plaintiff Karla Baday

DATE: February 13, 2025        WEAKLEY & ARENDT, PC

By: *James J. Arendt*_____
James J. Arendt
Matthew P. Bunting
Attorneys for Defendants County Of Kings, Joshua Speer, Jeff Torres, James Lewis and Dean Morrow

DATE: February 13, 2025        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: *Daniel L. Wainwright*_____
Daniel L. Wainwright
Attorneys for Defendants Adventist Medical Center – Hanford and Georganne Greene

**STIPULATION AND ORDER TO EXTEND REBUTTAL EXPERT DESIGNATION**   2

## **ORDER**

Based upon the foregoing stipulation, (Doc. 77), and good cause appearing, the Court orders as follows:

The deadline for the designation of rebuttal expert witnesses is hereby EXTENDED from February 24, 2025, to March 28, 2025.  All other dates set in the Scheduling Order (Doc. 76) remain as set.

IT IS SO ORDERED.

Dated:   **February 14, 2025**             /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE