**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARLA BADAY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00644-KES-SKO<br><br>**ORDER RE: STIPULATION MODIFYING CASE SCHEDULE**<br><br>**(Doc. 80)** |

## ORDER

In view of the parties' stipulation (Doc. 80), and good cause appearing (*see* Fed. R. Civ. P. 16(b)(4)), the case schedule (Doc. 76) is MODIFIED as follows:

1. The expert discovery cutoff is CONTINUED to July 31, 2025 solely to permit the deposition of Dr. Crawford-Jakubiak to be completed on July 16, 2025.

2. Any motions to compel testimony from Dr. Crawford-Jakubiak and any discovery motions related to his deposition SHALL be filed by no later than July 31, 2025.

3. All other dates set in the case schedule (Doc. 76) REMAIN as set.

IT IS SO ORDERED.

Dated:　**June 10, 2025**　　　　　　　　　　　*/s/ Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE