1  James J. Arendt, Esq.      Bar No. 142937
   Matthew P. Bunting, Esq.   Bar No. 306034
2
            WEAKLEY & ARENDT
3          A Professional Corporation
         5200 N. Palm Avenue, Suite 211
4             Fresno, California 93704
            Telephone: (559) 221-5256
5           Facsimile:  (559) 221-5262
              James@walaw-fresno.com
6            Matthew@walaw-fresno.com

7  Attorneys for Defendants County Of Kings, Joshua Speer, Jeff Torres,
   James Gregory Lewis, Dean Morrow, and Anna Samardich Tyner
8
                 **UNITED STATES DISTRICT COURT**
9
             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 | KARLA BADAY,                          | CASE NO. 1:20-cv-00644-KES-SKO |

12                  Plaintiff,            **STIPULATION AND ORDER TO
                                          AMEND SCHEDULING ORDER AND
13          v.                            DEADLINES**

14 COUNTY OF KINGS, GEORGANNE             (Doc. 88)
   GREENE, ADVENTIST HEALTH
15 HANFORD, JOSHUA R. SPEER, JEFF J.
   TORRES, JAMES GREGORY LEWIS,
16 DEAN MORROW, AND DOES 1-10,
   INCLUSIVE,
17
18                  Defendants.

19

20          On July 23, 2025, the Parties (Plaintiff, County Defendants, and Hospital Defendants)

21 engaged in an in-person mediation for over nine hours with Magistrate Judge Carla M. Woehlre

22 (Ret.) of the Central District of California in Los Angeles, CA.  While the Parties did not settle

23 the matter on this day, it is the belief of the Parties and Magistrate Judge Woehlre that a settlement

24 is possible in the near future based on the current state of negotiations.  Magistrate Judge Woehlre

25 has graciously agreed to continue helping the Parties negotiate and hopefully come to a

26 settlement.  At the end of the mediation, it was agreed that Magistrate Judge Woehlre would

27 contact the Parties on Monday (July 28, 2025) regarding further settlement negotiations.  It is the

28 desire of all Parties to continue settlement negotiations.  To allow the Parties to focus all efforts

---

**STIPULATION AND ORDER TO AMEND**            1
**SCHEDULING ORDER**

on settlement negotiations, the Parties respectfully request that the Court issue an order amending the below deadlines:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's deadline to oppose the Hospital Defendants' Motion for Reconsideration | July 29, 2025 | August 8, 2025 |
| Deadline for Dispositive Motions | August 18, 2025 | September 18, 2025 |
| Deadline for Opposition to Dispositive Motions | September 15, 2025 | October 15, 2025 |
| Deadline for Reply to Opposition to Dispositive Motions | September 29, 2025 | October 29, 2025 |
| Dispositive Motion Hearing | October 20, 2025 | November 20, 2025 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1          IT IS SO STIPULATED:

2    DATE: July 25, 2025                    McLANE, BEDNARSKI & LITT, LLP

3
                                      By: */s/ Lindsay Battles*_____
4                                         David S. McLane
                                          Lindsay Battles
5                                         Ben Shaw
                                          Attorneys for Plaintiff Karla Baday
6

7    DATE: July 25, 2025                    WEAKLEY & ARENDT, PC

8
                                      By: */s/ Matthew P. Bunting*_____
9                                         James J. Arendt
                                          Matthew P. Bunting
10                                        Attorneys for Defendants County Of Kings, Joshua Speer,
                                          Jeff Torres, James Lewis and Dean Morrow
11

12   DATE: July 25, 2025                    McCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                          CARRUTH LLP
13
                                      By: */s/ Daniel L. Wainwright*_____
14                                        Daniel L. Wainwright
15                                        Jachin M. Anrig
                                          Attorneys for Defendants Adventist Medical Center –
16                                        Hanford and Georganne Greene

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO AMEND**          3
**SCHEDULING ORDER**

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation (Doc. 88) to continue scheduling order deadlines is hereby GRANTED. The scheduling order, (Doc. 76), and briefing deadline for Plaintiff to respond to Defendants Adventist Health Hanford and Georganne Greene ("Hospital Defendants")'s Motion for Reconsideration, (Doc. 87), are amended as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's deadline to oppose the Hospital Defendants' Motion for Reconsideration | July 29, 2025 | August 8, 2025 |
| Deadline for Dispositive Motions | August 18, 2025 | September 15, 2025 |
| Deadline for Opposition to Dispositive Motions | September 15, 2025 | September 29, 2025 |
| Deadline for Reply to Opposition to Dispositive Motions | September 29, 2025 | October 9, 2025 |

All other dates set in the case schedule, (Doc. 76), REMAIN as set.

IT IS SO ORDERED.

Dated:   **July 28, 2025**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE