# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA BADAY, | Case No. 1:20-cv-00644-KES-SKO |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION TO MODIFY BRIEFING SCHEDULE** |
| COUNTY OF KINGS, GEORGANNE GREENE, ADVENTIST HEALTH HANFORD, JOSHUA R. SPEER, JEFF J. TORRES, JAMES GREGORY LEWIS, DEAN MORROW, AND DOES 1-10, INCLUSIVE, | (Docs. 89) |
| Defendants. | |

In light of the parties' representations regarding a pending mediators' proposal to globally resolve the case, for GOOD CAUSE APPEARING, the parties' stipulation to amend the briefing order is GRANTED IN PART as to the deadline to oppose the Hospital Defendants' Motion for Reconsideration, (Doc. 79), and DENIED IN PART as continuing the dispositive motions deadline, (Doc. 89).

The briefing deadline for Plaintiff to respond to Defendant Adventist Health Hanford and Georganne Greene ("Hospital Defendants")'s Motion for Reconsideration, (*see* Doc 89), is further amended as follows:

| **Event** | **Current Deadline** | **New Proposed Dates** |
|---|---|---|
| Plaintiff's deadline to oppose the Hospital Defendants' Motion for Reconsideration | August 8, 2025 | September 8, 2025 |

However, because a continuance of the dispositive motions filing deadline would necessitate a continuance of the trial, the Court DENIES the parties' request for such a continuance without prejudice to the parties refiling a stipulation closer to the deadline if the case has not resolved.

IT IS SO ORDERED.

Dated:   **August 8, 2025**                          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

1